UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Matthew L. Murrell<br>   Amy M. Murrell<br><br>                        Debtors | CASE NO: 14-33530<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM

    Jeffrey M. Kellner, Chapter 13 Trustee, objects to the claim of ARMY & AIR FORCE EXCHANGE SERVICES, BASS & ASSOCIATES PC, 3936 E FT LOWELL RD, SUITE 200, TUCSON, AZ  85712, Trustee claim number 00055, Court claim number 5, filed October 29, 2014 in the amount of $2,827.60 of which $2,578.00 is a secured claim and $249.60 is an unsecured claim on the ground(s) that:

   The proof of claim was not accompanied by satisfactory evidence that a
   security interest has been perfected; [Rule 3001(d)].
    No copy of the signed security agreement attached.
    No copy of a signed receipt showing collateral attached.

The Trustee moves that:

   the claim be ALLOWED unsecured in the amount of $2,827.60 to be paid at
   4.0% of the claim or at the percent of any subsequent modification of the plan.

                                   /s/ Jeffrey M. Kellner
                               Jeffrey M. Kellner 0022205
                               Chapter 13 Trustee
                               131 N LUDLOW ST   SUITE 900
                               DAYTON, OH  45402-1161
                               (937)222-7600   Fax (937)222-7383
                               email: chapter13@dayton13.com

14-33530

## NOTICE OF OBJECTION TO CLAIM

Jeffrey M Kellner, Chapter 13 Trustee, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to the claim**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, US Bankruptcy Court, Southern District of Ohio, 120 W Third St., Dayton, OH 45402 OR your attorney must file a response using the court's ECF system.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to

Matthew L. Murrell, 1941 Charleston Mill Rd., Xenia, OH  45385-9430

Amy M. Murrell, 1941 Charleston Mill Rd., Xenia, OH  45385-9430

RUSS B COPE, 6826 LOOP RD, DAYTON, OH  45459

Jeffrey M. Kellner, Chapter 13 Trustee, 131 N. Ludlow St., Dayton, OH 45402

Office of the U.S. Trustee, 170 North High St., Suite 200, Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further hearing or notice.

<u>CERTIFICATE OF SERVICE</u>  14-33530

I hereby certify that on November 3, 2014, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

| | |
|---|---|
| OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH 43215 | RUSS B COPE<br>6826 LOOP RD<br>DAYTON, OH 45459 |

And on the following by ordinary U.S. Mail, on November 3, 2014:

| | | |
|---|---|---|
| Matthew L. Murrell<br>Amy M. Murrell<br>1941 Charleston Mill Rd.<br>Xenia, OH 45385-9430 | (55.1)<br>ARMY & AIR FORCE EXCHANGE SERVICES<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD<br>SUITE 200<br>TUCSON, AZ 85712 | (54.1n)<br>STEVEN H PATTERSON<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH 45201-5480 |

Jeffrey M Kellner, Trustee     /s/ Jeffrey M. Kellner              mb

1433530_91_20141030_0950_067/T306_mb
###