**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: December 17, 2014**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Matthew L. Murrell<br>   Amy M. Murrell<br>                         Debtors | CASE NO: 14-33530<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO ALLOWANCE OF CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICES**

    Jeffrey M. Kellner, Chapter 13 Trustee, having filed an objection on November 3, 2014 (Doc. # 13) to the claim of ARMY & AIR FORCE EXCHANGE SERVICES, BASS & ASSOCIATES PC, 3936 E FT LOWELL RD, SUITE 200, TUCSON, AZ 85712, Trustee claim number 00055, Court claim number 5, filed October 29, 2014 in the amount of $2,827.60 of which $2,578.00 is a secured claim and $249.60 is an unsecured claim and the Court finding that no response has been timely filed by the debtor or ARMY & AIR FORCE EXCHANGE SERVICES.

IT IS ORDERED that:

the claim be ALLOWED unsecured in the amount of $2,827.60 to be paid at 4.0% of the claim or at the percent of any subsequent modification of the plan.

IT IS SO ORDERED.


/s/ Jeffrey M. Kellner

 Jeffrey M. Kellner 0022205         mb
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com


**Distribution:**
All Filing Parties  and Additional Parties.


(55.1)
ARMY & AIR FORCE EXCHANGE
SERVICES
BASS & ASSOCIATES PC
3936 E FT LOWELL RD
SUITE 200
TUCSON, AZ  85712


1433530_147_20141215_1105_067/T308_mb
###